```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 11442
  ISHA J WARDE
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-3640


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/27/07 .

     2.  The case was dismissed without confirmation, 08/24/2007.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG           .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS     SECURED                 .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    NOT FILED           .00            .00
ARMOR SYSTEMS              UNSECURED        NOT FILED           .00            .00
ARMOR SYSTEMS              UNSECURED        NOT FILED           .00            .00
COMED                      UNSECURED        NOT FILED           .00            .00
DEBT CREDIT SRVS           UNSECURED        NOT FILED           .00            .00
MIDLAND CREDIT MGMT        UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
NORTHWEST COLLECTORS       UNSECURED        NOT FILED           .00            .00
ST ALEXIUS MEDICAL CENTE   UNSECURED        NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED        NOT FILED           .00            .00
SBC AMERITECH              UNSECURED        NOT FILED           .00            .00
           Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00           .00
PRINCIPAL PAID          .00          .00          .00         .00           .00
INTEREST PAID           .00          .00          .00         .00           .00
TOTAL PAID              .00          .00          .00         .00           .00
The Debtor's attorney, ROBERT V SCHALLER          , was allowed $          .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/16/07                      /s/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE